UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

         Petitioner,

v.

JASON BENNETT,

         Respondent.

CASE NO. 3:24-cv-05223-DGE-GJL

ORDER ON MOTION TO E-FILE TRAVERSE

Petitioner Dennis McDaniel has submitted to this Court for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state court conviction and sentence. Dkt. 6. Presently before the Court is Petitioner's Motion to E-File his Traverse/Response to the Answer ("Motion"). Dkt. 12. Petitioner has also filed a Traverse. Dkt. 11. Upon review, the Court accepts for filing Petitioner's Traverse (Dkt. 11) and, therefore, the Motion (Dkt. 12) is **DEEMED MOOT**.

Dated this 25th day of June, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION TO E-FILE TRAVERSE - 1